# Court of Appeals
# of the State of Georgia

ATLANTA,__March 07, 2019_____

*The Court of Appeals hereby passes the following order:*

**A19A1303.  COLLIN DEWAR v. CACH, LLC N.A.**

Cach, LLC filed a debt collection action against Collin Dewar.  The trial court entered judgment in favor of Cach, LLC for $3,773.85 in damages and $245.00 in court costs.  Dewar then filed this direct appeal.  We, however, lack jurisdiction.

Where a money judgment in an action for damages totals $10,000.00 or less, a party must follow the discretionary appeal procedures to obtain appellate review.  See OCGA § 5-6-35 (a) (6).  Dewar's failure to follow the required procedure deprives us of jurisdiction to consider this appeal.  See *Jennings v. Moss*, 235 Ga. App. 357, 357 (509 SE2d 655) (1998).  Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__03/07/2019_____*
       *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
       *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*